PAUL J. FISHMAN
United States Attorney
PETER G. O'MALLEY
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
(973) 645-2921

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ROBERT MELBER, | : | **Hon.** |
| Plaintiff, | | |
| | : | Civil Action No. |
| v. | | |
| | : | **NOTICE OF REMOVAL AND SUBSTITUTION OF DEFENDANT** |
| NEELAKSHI BHAGAT, M.D; KEEGAN JOHNSON, M.D.; SCOTT M. WALSMAN, M.D.; AMIR COHEN, M.D.; JUNG S. LEE, M.D.; JOHN DOE, M.D. I-V; AND XYZ CORPORATIONS I-V, | : | |
| | : | |
| Defendants. | | |

TO:  Michael J. Noonan, Esq.          Gary L. Riveles, Esq.
     Nowell Amoroso Klein Bierman, P.A.   Dughi & Hewit, P.C.
     155 Polifly Road                 340 North Avenue
     Hackensack, New Jersey 07601     Cranford, New Jersey 07016

     Clerk's Office                   Clerk, Superior Court of New Jersey
     Superior Court of New Jersey     25 Market Street, 6th Floor
     Justice Center, 10 Main Street   Trenton,  New Jersey 08615
     Hackensack, New Jersey 07601

     PLEASE TAKE NOTICE that the United States of America, on behalf of

Defendants Keegan Johnson, M.D.; Scott M. Walsman, M.D.; Jung S. Lee, M.D., hereby

2

remove this action to the United States District Court for the District of New Jersey

pursuant to 28 U.S.C. § 2679(d)(2) and, in support thereof, states as follows:

1.      On or about June 9, 2011, copies of the summons and complaint in this

matter, which appear to have been served on defendant Walsman on or about June 1,

2011, was sent to the United States Attorney's Office for the District of New Jersey by

the Office of Regional Counsel for the Department of Veterans' Affairs ("VA"). A copy

of the complaint and summons is attached hereto as Exhibit 1.

2.      The complaint names as defendants Keegan Johnson, M.D.; Scott M.

Walsman, M.D.; Jung S. Lee, M.D., who, at the time of the events giving rise to this

action, were employed by the VA New Jersey Healthcare System ("VA NJHCS") as,

respectively, resident physicians (defendants Johnson and Walsman) and Chief of

Ophthalmology at the center.

3.      As shown by the Certification of Scope of Employment, filed herewith

pursuant to 28 U.S.C. § 2679(d)(2), Drs. Johnson, Walsman, and Lee were acting within

the scope of his employment as employees of the United States at the time of the events

complained of.

4.      Accordingly, this action is one that is to be removed to this Court at any

time prior to trial pursuant to 28 U.S.C. § 2679(d)(2).

5.      Also pursuant to 28 U.S.C. § 2679(d)(2), the United States should be

substituted for Drs. Johnson, Walsman, and Lee as the only proper federal defendant.

3

6.      According to information and belief, the plaintiff has failed to file an

administrative claim under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), § 2640, and

§§ 2671-2680 ("FTCA"), as to any action by defendant Dr. Lee.

7.      A copy of this Notice is being filed with the Superior Court of New Jersey,

Law Division; a copy is also being served on the plaintiff.

                              PAUL J. FISHMAN
                              United States Attorney


                        By:   S / Peter G. O'Malley_____
                              PETER G. O'MALLEY
                              Assistant U.S. Attorney